PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
JASON P. BASKETT
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODRIGO VALENCIA-CARDENAS,<br><br>Defendant. | Case No. 5:22-po-00245-CDB<br><br>[Citation #09887923 CA/14]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 5:22-po-00245-CDB [Citation #09887923 CA/14] against RODRIGO VALENCIA-CARDENAS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 29, 2022                    Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

                                    By:     /s/ *Jeffrey A. Spivak*
                                            JEFFREY A. SPIVAK
                                            Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Citation #09887923 CA/14, only, against RODRIGO VALENCIA-CARDENAS be dismissed, without prejudice, in the interest of justice.  IT IS SO ORDERED.

Dated:   **November 29, 2022**        _____
                                                                            UNITED STATES MAGISTRATE JUDGE